# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERVET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 8:07CV194 |
| ) | |
| MERIAL LIMITED and MERIAL SAS, ) | ORDER |
| ) | |
| Defendants, ) | |
| ) | (Related Case No. 1:06-CV-00658, U.S. District |
| DR. FERNANDO ABLE OSORIO, ) | Court for the District of Columbia) |
| ) | |
| Interested Party. ) | |

Considering the "Notice of Withdrawal of Appearance" [44] filed on behalf of attorneys John R. Hutchins, Cedric C. Y. Tan, and Richard L. DeLucia, and pursuant to NEGenR 1.3(f),

**IT IS ORDERED:**

1. John R. Hutchins, Cedric C. Y. Tan, and Richard L. DeLucia are given leave to withdraw as counsel for Intervet, Inc. and Dr. Fernando Able Osorio. For purposes of this case only, these attorneys are hereby excused from registering to practice in this court as required by NEGenR 1.7(d) or (f) and from registering for the court's CM/ECF system.

2. Local Counsel shall provide a copy of this order to attorneys Hutchins, Tan and DeLucia.

**DATED June 29, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**